**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

**Case No. 7:20-cv-212-FL**

| | | |
|---|---|---|
| **TIMOTHY PAUL BRITT,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| **KEVIN WAYNE HICKMAN,** | ) | **WITH PREJUDICE** |
| **individually;** | ) | **PURSUANT TO** |
| **BUNYAN FORD HOWELL III,** | ) | **FED.R.CIV.P. 41(a)(1)(A)(ii)** |
| **individually;** | ) | |
| **BURNIS LEE WILKINS JR.,** | ) | |
| **in his official capacity as the** | ) | |
| **Sheriff of Robeson County; and** | ) | |
| **WESTERN SURETY COMPANY,** | ) | |
| **Defendants.** | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Timothy Paul Britt and the Defendants Kevin Wayne Hickman, individually; Bunyan Ford Howell III, individually; Burnis Lee Wilkins Jr., in his official capacity as the Sheriff of Robeson County; and Western Surety Company, by their undersigned counsel of record, hereby stipulate and agree that the above-captioned action is dismissed, with prejudice, as to all claims against all Defendants, with each party to bear his or its own attorney's fees, costs, and

expenses.

This the 30th day of March, 2022.

Plaintiff Timothy Paul Britt, by
Counsel of Record:

/s/ L. Allyn Sharp
L. Allyn Sharp
Allyn Sharp Law, PLLC
P.O. Box 730
Carrboro, NC 27510
Telephone: (919) 265-9200
Facsimile: (919) 869-1874
allynsharplaw@gmail.com
N.C. State Bar No. 43195

Defendants Kevin Wayne Hickman,
Bunyan Ford Howell III,
Burnis Lee Wilkins Jr., and
Western Surety Company, by
Counsel of Record:

/s/ Bradley O. Wood
Bradley O. Wood
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
brad.wood@wbd-us.com
N.C. State Bar No. 22392

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document, entitled **Stipulation of Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF system which will automatically send notice of filing to the following:

James R. Morgan, Jr.
Womble Bond Dickinson (US) LLP
Jim.Morgan@wbd-us.com
N.C. State Bar No. 12496
Counsel for Defendants

Bradley O. Wood
Womble Bond Dickinson (US) LLP
Brad.Wood@wbd-us.com
N.C. State Bar No. 22392
Counsel for Defendants

Brian F. Castro
Womble Bond Dickinson (US) LLP
brian.castro@wbd-us.com
N.C. State Bar No. 53412
Counsel for Defendants

This the 30th day of March, 2022.

/s/ L. Allyn Sharp
L. Allyn Sharp
Allyn Sharp Law, PLLC
P.O. Box 730
Carrboro, NC 27510
Telephone: (919) 265-9200
Facsimile: (919) 869-1874
allynsharplaw@gmail.com
N.C. State Bar No. 43195
*Counsel for Plaintiff*